Joseph G. Adams
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
E-Mail: jgadams@swlaw.com

Eric A. Prager (*pro hac vice application forthcoming*)
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212.536.3900
Facsimile: 212-536-3901
E-Mail: eric.prager@klgates.com

Attorneys for Plaintiff
Enigma Software Group USA, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Enigma Software Group USA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Sean G. Doyle,<br><br>    Defendant. | No.<br><br>**CORPORATE DISCLOSURE STATEMENT** |

    This Corporate Disclosure Statement is filed on behalf of Plaintiff Enigma Software Group USA, LLC in compliance with the provisions of: *(check one)*

  __X__  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  ____  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

__X__ No such corporation.

____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*
_____
Relationship_____

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*
_____
Relationship_____

____ Other(please explain)
Plaintiff Market America, Inc. is 100% owned by Market America Worldwide, Inc., a private company with individual shareholders.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 18th day of March, 2014.

        SNELL & WILMER L.L.P.

        By: s/ Joseph G. Adams
           Joseph G. Adams
           One Arizona Center
           400 E. Van Buren, Suite 1900
           Phoenix, Arizona  85004-2202

           Eric A. Prager
           K&L GATES LLP
           599 Lexington Avenue
           New York, NY 10022

           Attorneys for Plaintiff
           Enigma Software Group USA, LLC

18952512

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000