# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**CIV**    14  / 00558  /SPL                    DATE:  September 15, 2014
    Year   Case No   Initials

Title:   Enigma Software Group USA LLC   v.   Sean G. Doyle
        Plaintiff                                    Defendant
======================================================================

HON: MICHELLE H. BURNS     Judge # 70BT


   Elida Carranza                    Courtsmart
   Judicial Assistant                   Recorded

**APPEARANCES:**

Eric Prager and Joseph Adams, appearing for Plaintiff.

Sean G. Doyle appearing Pro Se Defendant.


======================================================================
**PROCEEDINGS:**      Open Court      Chambers    X    Other

Settlement Conference held.   Settlement Agreement reached.

IT IS ORDERED that the parties file a Notice of Settlement and submit appropriate dismissal paperwork with the Court.


Time: 1:30 PM - 5:48 PM (4.18 hours)