Joseph G. Adams (#018210)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: jgadams@swlaw.com

Eric A. Prager (*admitted pro hac vice*)
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212.536.3900
Facsimile: 212-536-3901
E-Mail: eric.prager@klgates.com

Attorneys for Plaintiff
Enigma Software Group USA, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Enigma Software Group USA, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>Sean G. Doyle,<br><br>            Defendant. | No. CV14-0558 PHX-SPL<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, plaintiff Enigma Software Group USA, LLC and defendant Sean G. Doyle stipulate and request that this action be dismissed *without prejudice*, with all parties to bear their own costs and attorneys' fees.

A proposed order is submitted herewith.

20080497

1  DATED this 16th day of September, 2014.

3                              SNELL & WILMER L.L.P.

5  By: s/ Joseph G. Adams
6       Joseph G. Adams
     One Arizona Center
     400 E. Van Buren, Suite 1900
7       Phoenix, Arizona  85004-2202

8  Eric A. Prager
   K&L GATES LLP
9  599 Lexington Avenue
   New York, NY 10022

11  Attorneys for Plaintiff
    Enigma Software Group USA, LLC

13  By: [signature]
     Sean G. Doyle
14  1300 W. Warner Rd., #2096
     Gilbert, AZ 85233

16  Defendant Pro Per

20080497

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record and a copy mailed to the address listed below.

Sean G. Doyle
1300 W. Warner Rd., #2096
Gilbert, AZ 85233


By   s/ Joseph G. Adams

20080497

- 3 -